"UNDER SEAL"

FILED
CHARLOTTE, NC

SEP 17 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO: 3:24-CR-179-FDW |
| | ) | |
| V. | ) | |
| | ) | **MOTION TO SEAL INDICTMENT** |
| ANDRE WHITEHURST, et al | ) | |
| | ) | |

NOW COMES the United States of America, by and through Dena King, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Indictment, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

This the 17th day of September, 2024.

> DENA KING
> UNITED STATES ATTORNEY
>
> _/s/ Kenneth M. Smith_
> KENNETH M. SMITH
> ASSISTANT UNITED STATES ATTORNEY