FILED
Charlotte
Sep 23 2024
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
**10:20 am, Sep 18 2024**
WESTERN NORTH CAROLINA
CHARLOTTE

United States of America
v.

(3) RASHAD LOWERY

*Defendant*

Case No. 3:24-CR-179-003-FDW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* (3) RASHAD LOWERY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE -- CONSPIRACY TO COMMIT BANK FRAUD

Date: 9/17/2024

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 9/17/24, and the person was arrested on *(date)* 9/23/24
at *(city and state)* Charlotte, NC

Date: 9/23/24

*Arresting officer's signature*

Neil Mahoney Postal Inspector
*Printed name and title*